## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ETHAN RUMERY, | ) Docket No. 1:18-cr-00196-NT |
| | ) |
| Defendant. | ) |

### ORDER ON MOTION FOR COMPASSIONATE RELEASE

Ethan Rumery filed a *pro se* motion for compassionate release on August 14, 2020. Def. Mot. (ECF No. 32). After reviewing his motion, I issued an order to show cause why the motion should not be denied because Mr. Rumery had not made a request for compassionate release to the Warden at FCI Loretto, he is only 25 years old and in generally good health, and he had incurred two incident reports while incarcerated. Order to Show Cause (ECF No. 35). Mr. Rumery did not respond to the Order to Show Cause, and accordingly his motion for compassionate release (ECF No. 32) is **DENIED**. For the same reason, his motion to appoint counsel (ECF No. 32) is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated: October 28, 2020